# UNITED STATES DISTRICT COURT
for the
District of Alaska

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

2002 DODGE DAKOTA PICKUP TRUCK BEARING ALASKA LICENSE PLATE GNG508

Case No. 3:20-mj-00244- DMS

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ District of ALASKA , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 922(g)(8) | Possession of Firearm by a Person Subject to a Domestic Violence Protection Order |

The application is based on these facts:
See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

FBI Special Agent Katherine Nelson
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone *(specify reliable electronic means)*.

Date: 5/11/20

*Judge's signature*

City and state: Anchorage, Alaska

Hon. Deborah M Smith, Chief USDC Magistrate
*Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:20-mj-00244-DMS | Date and time warrant executed:<br>5/12/2020 @ 1014 | Copy of warrant and inventory left with:<br>No one present |
| Inventory made in the presence of :<br>N/A | | |
| Inventory of the property taken and name of any person(s) seized:<br><br>No property taken and no person(s) seized<br><br>Nothing Further mN. | | |

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 5/12/2020

*Executing officer's signature*

Katherine W. Nelson, Special Agent
*Printed name and title*

DEBORAH M. SMITH
U.S. Magistrate Judge   Date   8/26/21

Case 3:20-mj-00244-DMS   Document 3   Filed 08/26/21   Page 2 of 2